UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

          -against-

ADAM S. KAPLAN, DANIEL E. KAPLAN,

                Defendants.
----------------------------------------------------------------X

**ORDER**
CV 23-1648 (JMA) (ARL)

**LINDSAY, Magistrate Judge:**

Completion and filing of the attached form is the first step in the scheduling process and is mandatory. This Rule 26(f) Report shall be submitted to the Court by July 13, 2023.

Dated: Central Islip, New York
         June 12, 2023

SO ORDERED:

_____s/_____
ARLENE ROSARIO LINDSAY
United States Magistrate Judge